02-cv1330mcomp
02 cv 1330 END33

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TYEASHA MEDINA<br>PPA ANNE MARIE MEDINA | : | CIVIL ACTION NO.<br>3:02 CV-1330 (AWT) |
| V. | : | |
| SEA WORLD OF FLORIDA, INC. | : | OCTOBER 20, 2003 |

### MOTION TO COMPEL

**Note: This Motion is requested to be decided by Wednesday, October 22, 2003 as depositions are scheduled in Florida on October 23, 2003.**

This is an action arising out an accident that occurred on October 4, 2001 at Seaworld in Orlando, Florida. The plaintiff, a five-year old girl was playing in the play area known as the Vinyl Mountain, which is a play area that only small children are permitted to enter under the supervision of representatives of the defendant. Adults are not permitted to accompany their children while they are playing. Inside the play area, children may climb and slide down a pyramid, which is made of vinyl and has ropes for children to climb. The plaintiff climbed on the pyramid by using the rope and fell and suffered a broken elbow. The plaintiff brought an action against Seaworld, alleging, inter alia, that the defendant failed "to properly supervise, maintain and inspect the area where the minor plaintiff was playing at the time of her injury. (Amended Complaint, ¶ 7(c))

GRANTED in part. The defendant shall produce incident reports for accidents involving children in the play area known as Vinyl Mountain (that is, inside the railing surrounding the "mountain") for the 5 years preceding the incident which gave rise to this lawsuit. SO ORDERED.

Donna F. Martinez, U.S.M.J.
10/22/03