HONORABLE **D.F. Martinez**
DEPUTY CLERK **R.K. Wood**  RPTR/(ERO)TAPE **S. Bowles**

TOTAL TIME: ___ hours **20** minutes

DATE **10/22/03**  START TIME **10:35 a.m.**  END TIME **10:55 a.m.**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Medina**

vs.

**Sea World**

CIVIL NO. **3:02CV1330(AWT)**

**William P. Yelenak**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**G. Mark Thompson**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing **(Telephonic)**
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #**33**  Motion **to Compel**  ☐ granted  ☐ denied  ☑ advisement

Hearing continued until _____ at _____