UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TYEASHA MEDINA,
PPA ANNE MARIE MEDINA,
    Plaintiff,

v.     CASE NO. 3:02CV1330 (AWT)

SEA WORLD OF FLORIDA, INC.
    Defendant.

**NOTICE TO PARTIES REGARDING SETTLEMENT CONFERENCE**

On November 17, 2003, Attorney William P. Yelenak, counsel for the plaintiffs, represented to the chambers of the undersigned that the parties are trying to settle this case without the assistance of the court. Accordingly, a settlement conference with the court will not be scheduled at this time. If at anytime in the future the parties agree that a settlement conference with the court is likely to be productive, they may contact the chambers of the undersigned to request such a conference.

SO ORDERED this 18th day of November, 2003 at Hartford, Connecticut.

Donna F. Martinez
United States Magistrate Judge