## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TYEASHA MEDINA | : | CIVIL ACTION NO. 3:02 CV-1330 (AWT) |
| PPA ANNE MARIE MEDINA | : | |
| | : | |
| V. | : | |
| | : | |
| SEA WORLD OF FLORIDA, INC. | : | DECEMBER 19, 2003 |

### AGREED MOTION TO MODIFY SCHEDULING ORDER

By order entered September 24, 2003, this Court modified the previous scheduling order so as to impose a December 31, 2003 deadline for the completion of fact and expert depositions. Since then, the parties have engaged in settlement negotiations, as reflected in the court's November 18, 2003 notice to parties regarding settlement conference, and those negotiations are continuing. However, it has become necessary to depose four (4) fact witnesses, including the two (2) plaintiffs, after the court-imposed deadline of December 31, 2003. These four (4) depositions have been scheduled for January 15, 2004 in Cheshire, Connecticut. Because of the approaching Holidays and the schedules of the deponents and counsel, January 15, 2004 was the earliest date available.

Defendant's counsel has conferred with plaintiffs' counsel, and the parties are in agreement this modification to the scheduling order should be allowed and will not prejudice either party.

*ORAL ARGUMENT IS NOT REQUESTED*

WHEREFORE, the undersigned counsel for defendant Sea World of Florida, Inc., respectfully moves this court for entry of an order modifying the scheduling order in this case and allowing the depositions of Frances R. Samoska, James G. Samoska, Anne Marie Medina and Tyeasha Medina, to take place on January 15, 2004.

THE DEFENDANT,
SEA WORLD OF FLORIDA, INC.


By_____
    David B. Zabel, Esq. (ct 01382)
    Barbara M. Schellenberg, Esq. (ct 02400)
    Cohen and Wolf, P.C.
    1115 Broad Street
    Bridgeport, CT  06604
    Tele: (203) 368-0211
    Fax:  (203) 394-9901
    E-mail: dzabel@cohenandwolf.com
    E-mail:  bschellenberg@cohenandwolf.com

## CERTIFICATION OF SERVICE

      I hereby certify that on the date hereof, a copy of the foregoing was served by first class U.S. mail, postage prepaid, upon all counsel and pro se parties of record, as follows:

William P. Yelenak, Esq.
Garrett M. Moore, Esq.
Moore, O'Brien, Jacques &Yelenak
700 West Johnson Avenue
Suite 207
Cheshire, CT  06410-1135

                                                             _____
                                                                 David B. Zabel