#38

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYEASHA MEDINA<br>PPA ANNE MARIE MEDINA : | CIVIL ACTION NO. 3:02 CV-1330 (AWT) |
| V. : | |
| SEA WORLD OF FLORIDA, INC. : | DECEMBER 19, 2003 |

## AGREED MOTION TO MODIFY SCHEDULING ORDER

By order entered September 24, 2003, this Court modified the previous scheduling order so as to impose a December 31, 2003 deadline for the completion of fact and expert depositions. Since then, the parties have engaged in settlement negotiations, as reflected in the court's November 18, 2003 notice to parties regarding settlement conference, and those negotiations are continuing. However, it has become necessary to depose four (4) fact witnesses, including the two (2) plaintiffs, after the court-imposed deadline of December 31, 2003. These four (4) depositions have been scheduled for January 15, 2004 in Cheshire, Connecticut. Because of the approaching Holidays and the schedules of the deponents and counsel, January 15, 2004 was the earliest date available.

Defendant's counsel has conferred with plaintiffs' counsel, and the parties are in agreement this modification to the scheduling order should be allowed and will not prejudice either party.

***ORAL ARGUMENT IS NOT REQUESTED***

GRANTED. The deadline for completion of discovery shall be January 15, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
12/24/2003
Hartford, CT