UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TYEASHA MEDINA<br>PPA ANNE MARIE MEDINA | : <br> : | CIVIL ACTION NO.<br>3:02 CV-1330 (AWT) |
| V. | : <br> : <br> : | |
| SEA WORLD OF FLORIDA, INC. | : | FEBRUARY 2, 2004 |

### STIPULATION FOR DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above captioned action shall be dismissed with prejudice and without costs to any party.

THE PLAINTIFFS

By: _____
William P. Yelenak, Esq. (ct05491)
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue - Suite 207
Cheshire, CT 06410-1135

THE DEFENDANT

By: _____
David B. Zabel, Esq. (ct 01382)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tele: (203) 368-0211
Fax: (203) 394-9901
E-mail: dzabel@cohenandwolf.com

APPROVED and SO ORDERED.

_____
ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT   2/10/04